

# Fourth Court of Appeals
## San Antonio, Texas

December 2, 2015

No. 04-15-00438-CR and 04-15-00439-CR

Christopher J. **PADILLA,**
Appellant

v.

The **STATE** of Texas,
Appellee

From the 399th Judicial District Court, Bexar County, Texas
Trial Court No. 2013CR4826B and 2013CR4827
Honorable Ray Olivarri, Judge Presiding

# O R D E R

Appellant's second motion for extension of time is GRANTED. We ORDER appellant to file his brief on or before January 18, 2016. NO FURTHER EXTENSIONS WILL BE GRANTED.

_Karen Angelini_
Karen Angelini, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 2nd day of December, 2015.

_Keith E. Hottle_
Keith E. Hottle
Clerk of Court